■ The People of the State of New York, Respondent, v
Quinn Brown, Appellant. [854 NYS2d 654]—Application by the
appellant for a writ of error coram nobis to vacate, on the
ground of ineffective assistance of appellate counsel, a decision
and order of this Court dated September 20, 1999 (*People v
Brown*, 264 AD2d 781 [1999]), affirming a judgment of the
Supreme Court, Kings County, rendered June 20, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the
effective assistance of appellate counsel (*see Jones v Barnes*, 463
US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti,
P.J., Rivera, Spolzino and Ritter, JJ., concur.